AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| BWP Media USA Inc. d/b/a Pacific Coast News | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   13cv6654 |
| Nylon Holdings, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nylon Holdings, Inc.

Date:     16 October 2013

*Attorney's signature*

Alexander Malbin - AM9385
*Printed name and bar number*

125 Park Avenue, 25th Floor
New York. NY 10017

*Address*

amalbin@24iplg.com
*E-mail address*

(212) 520-4296
*Telephone number*

(203) 905-6747
*FAX number*