UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BWP Media USA Inc. d/b/a
Pacific Coast News           Plaintiff,

-against-

Nylon Holdings, Inc.
                             Defendant.

Case No. 13cv6654

---

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Alexander Malbin**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AM9385          My State Bar Number is 5028725

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Ferdinand IP, LLC
            FIRM ADDRESS: 304 Park Ave. So., 11th Floor, New York, NY 10010
            FIRM TELEPHONE NUMBER: (212) 590-2487
            FIRM FAX NUMBER: (203) 905-6747

NEW FIRM:   FIRM NAME: Ferdinand IP, LLC
            FIRM ADDRESS: 125 Park Ave., 25th Floor, New York, NY 10017
            FIRM TELEPHONE NUMBER: (212) 520-4296
            FIRM FAX NUMBER: (203) 905-6747

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 17 October 2012

ATTORNEY'S SIGNATURE